# UNITED STATES BANKRUPTCY COURT
Southern District of Florida
www.flsb.uscourts.gov

In Re:  
**Aerovision Holdings 1 Corp**

Case Number 13-24624-PGH  
Chapter **11**

_____ Debtor(s) _____ /

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession _Aerovision Holdings 1 Corp___, files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's [Trustee's] best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition):  **June 21, 2013**

2. Names, case numbers and dates of filing of related debtors:  **N/A**

3. Description of debtor's business:  **Aviation Services**

4. Locations of debtor's operations and whether the business premises are leased or owned:  **N/A - Aircrafts are located at an airport in Ft. Pierce, FL**

5. Reasons for filing chapter 11:  **Quiet Title Lawsuit**

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:  **Mark Daniels - no salary**

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:  **0.00**

8. Amounts owed to various creditors:

    a. Obligations owed to priority creditors including priority tax obligations:  **None**

    b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims, and **$0.00**

    c. Amount of unsecured claims:  **$1,585,000.00**

9. General description and approximate value of the debtor's assets:  **Aircraft - 19,250,000.00**

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires;

    **Debtor's aircraft are located at an airport that maintains its own insurance. Debtor will obtain a copy of same.**

11. Number of employees and amounts of wages owed as of petition date:  **None**

12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):  **None**

13. Anticipated emergency relief to be requested within 14 days from the petition date:

    Application to Employ Attorney for Debtor in Possession; and Motion to Enforce the Automatic Stay.

| | |
|---|---|
| | Signature |
| | **President** |
| | (Name of Corporate Officer or Authorized Representative) |
| | |
| | Signature |
| | **Craig I. Kelley** |
| | **1665 Palm Beach Lakes Blvd** |
| | **The Forum - Suite 1000** |
| | **West Palm Beach, FL 33401** |
| | **West Palm Beach FL 33401-0000** |
| | Name and Address of Debtor's Attorney |
| | **782203** |
| | Florida Bar No. |

Attach or file separately a Local Rule 2002-1(F) certificate of service reflecting manner and date of service on all affected parties.