**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

IN RE:                                                                    CASE NO.: 13-24624-PGH
                                                                          CHAPTER 11
AEROVISION HOLDINGS 1 CORP,

     Debtor.
_____/

**AGREED MOTION TO CONTINUE HEARING ON CREDITORS', INTEGRATION INNOVATION, INC., i3 AIRCRAFT HOLDINGS 1, LLC, MOTION TO DISMISS CASE, OR IN THE ALTERNATIVE MOTION FOR RELIEF FROM STAY (CP #13), SUPPLEMENT FILED BY CREDITORS INTEGRATION INNOVATION, INC., i3 AIRCRAFT HOLDINGS 1, LLC (CP #44), AND THE DEBTOR'S RESPONSE THERETO (CP #53)**

     COMES NOW the Debtor, AEROVISION HOLDINGS 1 CORP (hereinafter referred to as the "Debtor" or "AEROVISION"), by and through its undersigned counsel, files this Agreed Motion to Continue Hearing on Creditors', Integration Innovation, Inc., I3 Aircraft Holdings 1, LLC, Motion To Dismiss Case, Or In The Alternative Motion For Relief From Stay (CP #13), Supplement Filed By Creditors Integration Innovation, Inc., I3 Aircraft Holdings 1, LLC (CP #44), and The Debtor's Response Thereto (CP #53).

     1.     The Debtor filed for relief under Chapter 11 of the Bankruptcy code on June 21, 2013.

     2.     On June 28, 2013, creditors, Integration Innovation, Inc., I3 Aircraft Holdings 1, LLC, filed a Motion to Dismiss Case, Or In The Alternative Motion For Relief From Stay (CP #13) and a Supplement to same filed on July 19, 2013 (CP #44). On July 19, 2013, the Debtor submitted its Response Thereto (CP #53), all of which were scheduled for hearing on July 23, 2013 and subsequently re-noticed for hearing on August 20, 2013 at 9:30 am.

     3.     By way of this Motion, the Debtor requests that this Honorable Court continue the hearing on August 20, 2013 for an additional thirty (30) days for the following reasons.

4.  Specifically, the Debtor and creditors, Integration Innovation, Inc. and I3 Aircraft Holdings 1, LLC, are in the process of memorializing a settlement and filing a Motion pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure.

5.  Counsel for the Debtor is currently out of the state and unable to review the documentation memorializing the settlement pursuant to his Notice of Unavailability filed in this case.

6.  No party will be prejudiced by the request herein. Counsel for creditors, Integration Innovation, Inc., and I3 Aircraft Holdings 1, LLC, have authorized the undersigned to advise that they have no objection to this Motion.

**WHEREFORE**, the Debtor respectfully requests an order of the Court continuing the August 20, 2013 hearing for thirty (30) days, and providing such other and further relief as is just and proper under the circumstances.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was furnished as indicated to the parties listed on the attached mail list on this 14th day of August, 2013.

> KELLEY & FULTON, P.L.
> Attorneys for the Debtor
> 1665 Palm Beach Lakes Blvd.
> The Forum - Suite 1000
> West Palm Beach, FL 33401
> Telephone No.: (561) 491-1200
> Facsimile No.: (561) 684-3773
>
> By: /s/ Craig I. Kelley
>    CRAIG I. KELLEY, ESQUIRE
>    FLA. BAR NO. 782203

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Kevin C Gray kgray@maynardcooper.com
- Craig I Kelley cik@kelleylawoffice.com, ecf@kelleylawoffice.com,kelleyecfsouthern@gmail.com,kristin@kelleylawoffice.com, brittany@kelleylawoffice.com,lyndia@kelleylawoffice.com
- Mindy Y. Kubs mkubs@maynardcooper.com
- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
- David Samole das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

**Manual Notice List**

See attached matrix

```
Label Matrix for local noticing      Aerovision Holdings 1 Corp           Integration Innovation, Inc.
113C-9                               10130 Northlake Blvd, Suite 214-243   c/o Mindy Y. Kubs
Case 13-24624-PGH                    West Palm Beach, FL 33412-1101        Maynard Cooper & Gale PC
Southern District of Florida                                               1901 Sixth Avenue N
West Palm Beach                                                            24th Floor
Tue Jun 25 10:13:17 EDT 2013                                               Birmingham, AL 35203-4604

i3 Aircraft Holdings 1, LLC          Aero Enterprises, Inc.                Aerovision LLC
c/o Mindy Y. Kubs                    1270 Caldwell Corner Rd               10 Ferry St #313
Maynard Cooper & Gale, PC            Townsend, DE 19734-9255               Concord, NH 03301-5004
1901 Sixth Avenue North
24th Floor
Birmingham, AL 35203-4604

Air-1 Flight Support Inc             Daniels 10 Trust                      Integration Innovation, Inc.
3139 Jet Center Ter                  10130 Northlake Blvd                  c/o Charles M. Trippe, Jr
Fort Pierce, FL 34946                Suite 214-243                         501 W Bay St
                                     West Palm Beach, FL 33412-1101        Jacksonville, FL 32202-4428


John L. Blodgett, Esquire            Logix Global, Inc                     Office of the US Trustee
2936 Via Esperanza #A                401 Federal St, Suite 4               51 S.W. 1st Ave.
Edmond, OK 73013-8934                Dover, DE 19901-3639                  Suite 1204
                                                                           Miami, FL 33130-1614


Red Eagle Avionics                   Thiara Aviation Inc                   Tiger Aircraft Corp
1 Dales Way                          c/o Luckey Janda                      113 Barsdale Professional Center
New Castle, DE 19720-2404            #200 8338 - 120 Street                Newark, DE 19711-3258
                                     Surrey, BC V3W 3N4


i3 Aircraft Holdings One, LLC        Craig I Kelley
c/o Charles M. Trippe, Jr.           1665 Palm Beach Lakes Blvd #1000
501 W Bay St                         West Palm Beach, FL 33401-2109
Jacksonville, FL 32202-4428
```

                The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


```
(u)West Palm Beach                   End of Label Matrix
                                     Mailable recipients    16
                                     Bypassed recipients     1
                                     Total                  17
```