**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

IN RE:                                                                    CASE NO.: 13-24624-PGH
                                                                          CHAPTER 11
AEROVISION HOLDINGS 1 CORP,

    Debtor.
_____/

### AGREED MOTION TO CONTINUE HEARING ON CREDITORS', INTEGRATION INNOVATION, INC., i3 AIRCRAFT HOLDINGS 1, LLC, MOTION TO DISMISS CASE, OR IN THE ALTERNATIVE MOTION FOR RELIEF FROM STAY (CP #13), SUPPLEMENT FILED BY CREDITORS INTEGRATION INNOVATION, INC., i3 AIRCRAFT HOLDINGS 1, LLC (CP #44), AND THE DEBTOR'S RESPONSE THERETO (CP #53)

COMES NOW the Debtor, AEROVISION HOLDINGS 1 CORP (hereinafter referred to as the "Debtor" or "AEROVISION"), by and through its undersigned counsel, files this Agreed Motion to Continue Hearing on Creditors', Integration Innovation, Inc., I3 Aircraft Holdings 1, LLC, Motion To Dismiss Case, Or In The Alternative Motion For Relief From Stay (CP #13), Supplement Filed By Creditors Integration Innovation, Inc., I3 Aircraft Holdings 1, LLC (CP #44), and The Debtor's Response Thereto (CP #53), which are all set for hearing on November 13, 2013, and states as follows:

    1.    The Debtor filed for relief under Chapter 11 of the Bankruptcy code on June 21, 2013.

    2.    On June 28, 2013, creditors, Integration Innovation, Inc., I3 Aircraft Holdings 1, LLC, filed a Motion to Dismiss Case, Or In The Alternative Motion For Relief From Stay (CP #13) and a Supplement to same filed on July 19, 2013 (CP #44). On July 19, 2013, the Debtor submitted its Response Thereto (CP #53), all of which were originally scheduled for hearing on July 23, 2013 and subsequently re-noticed for hearing on November 13, 2013 at 9:30 am.

3. By way of this Motion, the Debtor requests that this Honorable Court continue the hearing on November 13, 2013 for an additional sixty (60) days for the following reasons.

4. Specifically, the Debtor and creditors, Integration Innovation, Inc. and I3 Aircraft Holdings 1, LLC (hereinafter "i3 Parties"), are in the process of memorializing a settlement and filing a Motion pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure.

5. Counsel for the i3 Parties is currently in possession of the redlined revisions by Debtor's counsel and the parties are moving toward finalizing the Settlement Agreement.

6. In good faith, the Debtor has already partially performed under the un-executed Settlement Agreement by incurring the expense of shipping two (2) fighter jets across the country to a location in New Mexico designated by the i3 Parties.

7. Upon execution of the Settlement Agreement, it will be necessary for a period of twenty-one (21) days to elapse before the Agreement may be approved by this Court and we are coming into the year-end holiday season. Accordingly, a continuance of sixty (60) days is being sought herein for the subject hearing currently scheduled in this matter on November 13, 2013.

8. No party will be prejudiced by the request herein. Counsel for the i3 Parties has authorized the undersigned to advise the Court that they have no objection to this Motion.

**WHEREFORE**, the Debtor respectfully requests an order of the Court continuing the November 13, 2013 hearing for sixty (60) days, and providing such other and further relief as is just and proper under the circumstances.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications

to practice in this court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was furnished as indicated to the parties listed on the attached mail list on this 11th day of November, 2013.

                                                KELLEY & FULTON, P.L.
Attorneys for the Debtor
1665 Palm Beach Lakes Blvd.
The Forum - Suite 1000
West Palm Beach, FL 33401
Telephone No.:  (561) 491-1200
Facsimile No.: (561) 684-3773

By: _/s/ Craig I. Kelley_____
      CRAIG I. KELLEY, ESQUIRE
      FLA. BAR NO. 782203

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Kevin C Gray kgray@maynardcooper.com
- Craig I Kelley cik@kelleylawoffice.com, ecf@kelleylawoffice.com,kelleyecfsouthern@gmail.com,kristin@kelleylawoffice.com, brittany@kelleylawoffice.com,lyndia@kelleylawoffice.com
- Mindy Y. Kubs mkubs@maynardcooper.com
- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
- David Samole das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

**Manual Notice List**

See attached matrix

```
Label Matrix for local noticing      Aerovision Holdings 1 Corp           Integration Innovation, Inc.
113C-9                               10130 Northlake Blvd, Suite 214-243  c/o Mindy Y. Kubs
Case 13-24624-PGH                    West Palm Beach, FL 33412-1101       Maynard Cooper & Gale PC
Southern District of Florida                                              1901 Sixth Avenue N
West Palm Beach                                                           24th Floor
Tue Jun 25 10:13:17 EDT 2013                                              Birmingham, AL 35203-4604

i3 Aircraft Holdings 1, LLC          Aero Enterprises, Inc.               Aerovision LLC
c/o Mindy Y. Kubs                    1270 Caldwell Corner Rd              10 Ferry St #313
Maynard Cooper & Gale, PC            Townsend, DE 19734-9255              Concord, NH 03301-5004
1901 Sixth Avenue North
24th Floor
Birmingham, AL 35203-4604

Air-1 Flight Support Inc             Daniels 10 Trust                     Integration Innovation, Inc.
3139 Jet Center Ter                  10130 Northlake Blvd                 c/o Charles M. Trippe, Jr
Fort Pierce, FL 34946                Suite 214-243                        501 W Bay St
                                     West Palm Beach, FL 33412-1101       Jacksonville, FL 32202-4428


John L. Blodgett, Esquire            Logix Global, Inc                    Office of the US Trustee
2936 Via Esperanza #A                401 Federal St, Suite 4              51 S.W. 1st Ave.
Edmond, OK 73013-8934                Dover, DE 19901-3639                 Suite 1204
                                                                          Miami, FL 33130-1614


Red Eagle Avionics                   Thiara Aviation Inc                  Tiger Aircraft Corp
1 Dales Way                          c/o Luckey Janda                     113 Barsdale Professional Center
New Castle, DE 19720-2404            #200 8338 - 120 Street               Newark, DE 19711-3258
                                     Surrey, BC V3W 3N4


i3 Aircraft Holdings One, LLC        Craig I Kelley
c/o Charles M. Trippe, Jr.           1665 Palm Beach Lakes Blvd #1000
501 W Bay St                         West Palm Beach, FL 33401-2109
Jacksonville, FL 32202-4428
```

            The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


```
(u)West Palm Beach                   End of Label Matrix
                                     Mailable recipients   16
                                     Bypassed recipients    1
                                     Total                 17
```